IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREA J. GREEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

v.                                         CASE NO. 1D14-5640

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed August 5, 2016.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Andrea Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Samuel B. Steinberg, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.